IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN RUICHENXI TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendant. | Civil Action No. 1:24-cv-02983<br><br>Hon. John J. Tharp, Jr.<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shenzhen Ruichenxi Technology Co., Ltd. ("Ruichenxi" or "Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendant:

| No. | Defendant Name | | |
|---|---|---|---|
| 9 | cishengkeji | | |
| **No.** | **Online Marketplaces/Store ID** | | |
| 9 | A3LH7MN5293NKF | | |

Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

DATED June 20, 2024.                                          Respectfully submitted,

By: */s/ Tong Jin*
David R. Bennett
**DIRECTION IP LAW**
P.O. Box 14184

1

Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com

Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 20, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                      */s/ Tong Jin*
                                      Tong Jin